IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| SYLVIA J. ALLEN, | * |
| Plaintiff | * |
| vs. | * |
| | CASE NO. 3:07-CV-100 (CDL) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | * |
| | * |
| Defendant | * |

O R D E R

    This matter is before the Court pursuant to a Recommendation by the United States Magistrate Judge entered on May 22, 2009.  Neither party has filed an objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the Recommendation for plain error.  Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge and makes it the Order of this  Court.

    IT IS SO ORDERED, this 23rd day of June, 2009.

                                              S/Clay D. Land
                                                 CLAY D. LAND
                                     UNITED STATES DISTRICT JUDGE